IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAGI YOUSSEF | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
|     v. | : | 06-CV-4926 |
| | : | |
| ANVIL INTERNATIONAL, INC., et al. | : | |
|     Defendants. | : | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

    Plaintiff Nagi Youssef requests that the following questions, not necessarily in the following order, be asked of potential jurors on voir dire.

DATE: February 11, 2009

Respectfully Submitted:

*ss/Nina B. Shapiro, Esquire*

Nina B. Shapiro, Esquire
Attorney for Plaintiff
ID# 44040
53 North Duke Street, Suite 201
Lancaster, PA 17602
717-399-8720

1. Are you employed? If so, by whom and for how long?

2. What is your job title and your job duties?

3. Have you ever been out of work? What was the reason?

4. Have you ever had hiring or firing authority in your job? If so, please describe that authority?

5. Have you ever been involved in any respect in making policies for a company? If so, please describe.

6. Have you or anyone in your family ever been terminated from work? If so, what was the reason for the termination?

7. Have you or anyone in your family ever been a defendant or a plaintiff in a court case? If so, please describe.

8. Have you ever sat in a jury case before? If so, what kind of case? Did you reach a verdict? Would your experience in that case influence you here?

9. Have you ever testified as a witness in a case? If so, please describe.

10. Do you know any of the witnesses who have been named? If so, please describe how you know him or her: Nagi Youssef and his family members, Maris Tshudy, Gary Emenheiser.

11. Do you have or have you had any business or employment connection with Defendant Anvil International or with Mueller Group? If so, did the experience make you feel either favorable or unfavorable to the companies?

12. Are you a relative, friend, or acquaintance of any of the defendants: Larry Layman, Michael Millhouse, or Donald Moore?

13. Have you, your relative, or close friends been employed in a manufacturing plant?

14. This is a civil case, so the plaintiff must prove his case by a preponderance of the evidence. Does that term mean anything to you? If so, please describe.

15. If the court instructs you that the term 'preponderance of the evidence' means more probable than not, or proof that is a bit stronger than the proof offered by the other side, do you have any problem with using that measure of whether the plaintiff has successfully proved his case to you?

16. Will the projected length of trial pose any hardship to you? If so, how?

17. If the plaintiff proves his case, you must consider compensation or damages. Would you consider every element of compensation or damages that the court submits to you?

18. Do you have any personal beliefs that there is a limit to what an individual should have as a money award, despite the damages that are proved? If so, please tell me about it.

19. Have you or anyone in your family ever felt that you were being treated less favorably in the workplace because of your race, gender, religion, color, or nationality? If so, please describe.

20. Do you have any feelings toward these parties, or the attorneys Nina B. Shapiro for the plaintiff and John L. Senft for the defendants, or this employment discrimination and defamation case that would affect your ability to be fair and impartial?

21. If there is anything about the nature of this case, such as the plaintiff was born in Egypt, that makes you hesitate to be a juror here or that you harbor preconceived feelings that would affect your ability to be fair and impartial?

22. Do you think that job performance evaluations are generally made impartially or that they may depend substantially on the nature of the relationship between the supervisor and the employees being evaluated? If the latter, please describe.

23. Have you ever made a discrimination complaint against your employer or anyone at work? If so, what was the basis of your discrimination complaint?

24. Have you ever been in a job where you felt you had no choice but to tolerate bad treatment? If so, what kind of treatment? Why did you feel that you had to tolerate it?

25. In a case involving a dispute between a supervisor and an employee, do you have any tendency to believe or find more credible the employee or the supervisor?

26. If someone is fired **because** he filed a discrimination complaint, the employer can be held legally responsible. Do you think this is fair?

27. Do you work with people who were born outside of the United States?

28. How do you feel about their ability to perform on the job?

29. Do you know that it is against the law for an employer to allow discrimination in the workplace?

30. Do you know that it is against the law for an employer to retaliate against an employee for filing a discrimination complaint against the employer?

31. What kinds of behavior or treatment do you consider discrimination?

32. What do you think that an employee who believes he is being discriminated against should do?

33. Do you think that an employer should be responsible for the discriminatory acts on the part of its employees?

34. Do you think that people in management would lie about events to protect themselves?

35. If someone says to you that he or she suffered real emotional distress over being fired and out of work, would you have a tendency to believe or disbelieve that?

36. Have you ever been so angry or so upset that you have had physical symptoms?

37. Do you believe that an employer should have to compensate a minority employee who suffers from mistreatment at work on the basis that it knew about the mistreatment and did nothing to investigate or stop it?

38. Would you have a problem awarding substantial compensation for emotional pain and mental anguish without regard to the size of any wage loss?

39. Have you ever thought less of an employee because he was accused of being insubordinate, refusing to perform his job duties, and was fired?

40. Have you ever applied for a promotion and was refused the promotion even though you were qualified by knowledge, experience and training?

41. Does profanity offend you?

42. Do you believe that it is acceptable for a supervisor to use profanity in the workplace?

43. Are you offended by racial and/or ethnic jokes?

44. What is your educational background?

45. Have you ever owned a business?

46. Have you ever fired an employee?

47. Will you have difficulty finding a manager or supervisor personally liable for a lie that caused an employee to get fired?

48. Does your employer have an established procedure for promotions?

49. Are you an officer, director or manager for a company or corporation?

50. Are you an executive, supervisor, manager, foreman or other similar employee for a business?

51. Do you believe that an employee does not have any right to sue an employer for damages?

52.	Do you have any religious beliefs that preclude or prohibit you from being on this jury?

53.	Do you have any preconceived notions about awarding or not awarding punitive damages or in assessing the amount of punitive damages?

54.	Do you believe that individuals born outside the United States have less civil rights and protections than if born in America?